UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAZO,<br>　　*C/O at KSVP*,<br><br>　　　　Defendant. | Case No.  1:26 -cv-03661-HBK (PC)<br><br>ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>30-DAY DEADLINE |

　　　　Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on May 12, 2026.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

　　　　Accordingly, it is **ORDERED**:

1.  Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the enclosed application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.

2.  If Plaintiff fails to timely comply with this order, or request an extension by showing good cause, the undersigned will recommend the district court dismiss this case as a sanction for Plaintiff's failure to comply with a court order and/or prosecute this action.  Local Rule 110, Fed. R. Civ. P. 41(b).

Dated:    May 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE